## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MARK R. WINKLE,**

   **Plaintiff,**

               **Case No. 2:12-CV-01079**
  **v.**             **JUDGE EDMUND A. SARGUS, JR.**
               **Magistrate Judge Elizabeth P. Deavers**

**COLLEEN RUGGIERI,** *et al.,*

   **Defendants.**

## ORDER

   Plaintiff brings this action alleging constitutional violations on the part of various Ohio University employees. Plaintiff moved for a Temporary Restraining Order on November 23, 2012 and this matter came before the Court for a telephone status conference on November 27, 2012. Of particular note, there is a hearing set for November 30, 2012 before an Ohio University Review Board concerning Plaintiff's fitness to become a teacher. Based upon Plaintiff's briefing, as well as the representations of the parties during the conference, the Court finds no basis for immediate relief from the November 30, 2012 hearing. Accordingly, Plaintiff's Motion for Restraining Order is **DENIED**.[1] (ECF No. 2.)

   **IT IS SO ORDERED.**

_11-27-2012_
**DATE**

          **EDMUND A. SARGUS, JR.**
          **UNITED STATES DISTRICT JUDGE**

---

[1] This Order reflects only the Court's determination as to the appropriateness of immediate relief in the form of a temporary restraining order and does not reflect any judgment as to the ultimate merit of Plaintiff's claims.