UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK R. WINKLE,

        Plaintiff,

v.

        Case No. 2:12-CV-01079
        JUDGE EDMUND A. SARGUS, JR.
        Magistrate Judge Elizabeth P. Deavers

COLLEEN RUGGIERI, *et al.*,

        Defendants.

## ORDER

This matter came before the Court for a telephone status conference, pursuant to S.D. Ohio Civ. R. 65.1, on January 8, 2012 to discuss resolution of Plaintiff's Motions for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 12–13.) As detailed at this conference, Defendants will respond to Plaintiff's Motion on or before **FRIDAY, JANUARY 11, 2013**. Plaintiff will reply to Defendants' response on or before **MONDAY, JANUARY 14, 2013**.

IT IS SO ORDERED.

1-8-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE